IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MICHAEL VAUGHN

v.  C.A. NO. 13-0772

RESOURCES FOR HUMAN
DEVELOPMENT, INC.

## ORDER

AND NOW, this 12th day of August, 2014, upon consideration of defendant's motion for summary judgment and all responses and replies thereto, it is hereby ORDERED that:

1. The motion for summary judgment [Doc. 21] is GRANTED in part and DENIED in part.

2. The motion is granted as to plaintiff's claim for gender discrimination under Title VII and the PHRA.

3. Judgment is ENTERED in favor of defendant and against plaintiff on plaintiff's claim of gender discrimination under Title VII and the PHRA.

4. The motion is DENIED as to plaintiff's claim for retaliation under Title VII and the PHRA.

5. Jury selection on the retaliation claims will commence on Wednesday, September 10, 2014 at 9:30 a.m., at the U.S. Courthouse, 601 Market Street, Philadelphia, Pa. Trial will commence on September 11, 2014 at 9:30 a.m., at the Reading Station, the Madison Building, 400 Washington Street, Reading, Pa. Plaintiff's trial submissions are due August 25, 2014. Defendant's trial submissions are due September 2, 2014.

                                                BY THE COURT:

                                                JEFFREY L. SCHMEHL, J.